FILED
October 15, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003003519

1

Jan P. Johnson
Chapter 13 Trustee
P.O. Box 1708
Sacramento, CA 95812-1708
(916) 492-8001

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

Re: JACQUELINE SUE GITMAN, ) CASE NO. 09-46054 B13
)
) **CERTIFICATE OF SERVICE**
)
)
Debtor(s) )

I hereby certify that I am employed in the County of Sacramento, am over the age of eighteen years and am not a party to the within cause of action. My business address is P.O. Box 1708, Sacramento, CA 95812.

On 10/15/2010 I served a copy of the NOTICE OF FILED CLAIMS on the interested parties by placing a true copy thereof in a sealed envelope with the postage theron fully prepaid with the Trusteeship's mail room personnel for mailing in the United States mail at Sacramento, California in accordance with the Trusteeship's ordinary practices, addressed as set forth below:

JACQUELINE SUE GITMAN
1432 NUNNELEY
PARADISE, CA 95969

JACOBS ANDERSON POTTER CHAPLIN
20 INDEPENDENCE CIR
CHICO, CA 95973

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on 10/15/2010 at Sacramento, California.

/s/ Beth Dacy

Declarant